1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
            **DISTRICT OF NEVADA**
9

| | |
|---|---|
| JADIE HALL, | ) |
| | ) 2:11-cv-01905-MMD-PAL |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| OFFICER COFIELD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983 that was removed from state court. (ECF No. 1.) The second amended complaint was previously screened by the court. (ECF No. 18.) Plaintiff was ordered to file his amended complaint, if any, within thirty (30) days from the date of entry of that order. (*Id*.) More than the allotted time has passed and plaintiff has not filed an amended complaint nor responded to this court's order in any manner. Accordingly, this action shall now proceed as set forth in the screening order dated May 24, 2012.

**IT IS ORDERED** as follows:

1. The clerk shall electronically **SERVE** a copy of this order, the court's screening order (ECF No. 18) and a copy of plaintiff's second amended complaint (ECF No. 19) on the Office of the Attorney General of the State of Nevada, attention Pamela Sharp.

2. Subject to the findings of the screening order, the Attorney General's Office shall file a notice advising the court and plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does **not** accept service, **and**

(c) the names of the defendants for whom it is filing last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

3. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name **and** address for the defendant(s).

4. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **sixty (60) days** from the date of this order.

5. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge, or the clerk which fails to include a certificate showing proper service.

**IT IS SO ORDERED.**

DATED: August 27, 2012.

_____
UNITED STATES MAGISTRATE JUDGE