**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JADIE HALL,<br><br>                     Plaintiff,<br><br>vs.<br><br>RANDY COFIELD, et al.,<br><br>                     Defendants. | Case No. 2:11-cv-01905-MMD-PAL<br><br>**ORDER**<br><br>(Mtn for Records - Dkt. #21) |

      This matter is before the court on Plaintiff Jadie Hall's Request for Records and Documents (Dkt. #21) filed August 22, 2012.  Plaintiff is a prisoner in Ely State Prison and is proceeding pro se and in forma pauperis.  On August 27, 2012, the court entered an Order (Dkt. #22) screening Plaintiff's Second Amended Complaint (Dkt. #19) and directing service to the Attorney General.  On September 20, 2012, the Attorney General filed a Notice of Acceptance of Service (Dkt. #23) on behalf of all Defendants.  The court's Screening Order allowed Defendants until October 26, 2012, to respond to Plaintiff's Second Amended Complaint.

      The motion seeks discovery from the Defendants.  Discovery is premature because the Defendants have not yet filed an answer or initial responsive pleading. Once Defendants answer or otherwise respond to the Second Amended Complaint, the court will enter a scheduling order, setting discovery and pretrial motions deadlines in this case.  Then the parties will conduct discovery to prepare this case for trial.  Additionally, a motion is not required to conduct routine discovery, and discovery requests and responses are not filed with the court.  See Local Rule 26-8.  Plaintiff is advised to consult the Federal Rules of Civil Procedure and this court's Local Rules of Practice for information about discovery and prosecuting this case in general.  Once the court enters a scheduling order, Plaintiff may serve written discovery requests on counsel for Defendants.  See Rules 26 through 37 of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS ORDERED** that Plaintiff's Request for Records and Documents (Dkt. #21) is DENIED and STRICKEN.

Dated this 24th day of September, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2