# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JADIE HALL,

               Plaintiff,

vs.

BRIAN WILLIAMS, et al.,

               Defendants.

Case No. 2:11-cv-01905-MMD-PAL

**REPORT OF FINDINGS AND RECOMMENDATION**

       This matter is before the court on Plaintiff's failure to comply with this court's Order (Dkt. #28) and Order to Show Cause (Dkt. #31).

       On December 13, 2012, the court entered an Order (Dkt. #28) requiring the parties to file a Certificate of Interested Parties in compliance with Local Rule 7.1-1 on or before December 27, 2012. The order warned the parties that their failure to comply "may result in the issuance of an order to show cause why sanctions should not be imposed." *Id.* Defendants filed their Certificate of Interested Parties (Dkt. #29) December 13, 2013. Plaintiff has failed to file his Certificate of Interested Parties and did not request an extension of time in which to comply with the court's Order (Dkt. #28).

       On February 14, 2013, the court entered an Order to Show Cause (Dkt. #31) based on Plaintiff's failure to comply with the court's previous Order (Dkt. #28), and also based on information received that Plaintiff had apparently moved and not advised the court of his new address in violation of LSR 2-2. The court directed Plaintiff to show cause in writing no later than February 27, 2013, why he had not complied with the court's Order (Dkt. #28), and the requirement of LSR 2-2 that he keep the court and opposing counsel advised of Plaintiff's new address. The Order to Show Cause (Dkt. #31) advised Plaintiff that "[f]ailing to comply with the Local Rules of Practice, the Federal Rules of Civil Procedure, and the court's orders may result in sanctions, up to and including case-dispositive

sanctions." Plaintiff failed to file a response to the Order to Show Cause (Dkt. #31), and has not requested an extension of time in which to do so.

Plaintiff's willful failure to comply with the court's Orders is an abusive litigation practice that has interfered with the court's ability to hear this case, delayed litigation, disrupted the court's timely management of its docket, wasted judicial resources, and threatened the integrity of the court's orders and the orderly administration of justice. The Certificate of Interested Parties is required for the court to assess whether a conflict of interest exists which requires the assigned judge(s) to disqualify himself or herself. Sanctions less drastic than dismissal are unavailable because Plaintiff has wilfully refused to comply with multiple court Orders and the Local Rules of Practice.

Accordingly,

**IT IS RECOMMENDED** that Plaintiffs' Complaint be **DISMISSED** unless Plaintiff files (1) the Certificate of Interested Parties, and (2) the change of address pursuant to LSR 2-2 to keep the court and counsel informed of any change of address, no later than **March 20, 2013.**

Dated this 6th day of March, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE