**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JADIE HALL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN WILLIAMS, *et al*,<br><br>　　　　　　　Defendants. | Case No. 2:11-cv-01905 -APG-PAL<br><br>**Order Approving Report of Findings and Recommendation** |

On March 7, 2013, Magistrate Judge Peggy A. Leen entered her Report of Findings and Recommendation [Dkt #33]. Magistrate Judge Leen recommended that Plaintiff's Complaint be dismissed unless, no later than March 20, 2013, Plaintiff files (1) a Certificate of Interested Parties, and (2) a Notice of Change of Address pursuant to LSR 2-2. To date, Plaintiff has failed to file those documents or otherwise object to Judge Leen's Report of Findings and Recommendation. Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service. No objection has been filed.

Based upon the Findings set forth by the Magistrate Judge and the failure to file any objection thereto,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is hereby dismissed.

/ / / /

/ / / /

The Clerk of the Court shall enter judgment accordingly.

Dated: May 13, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE